IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| AMBER JENE ATWOOD, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-16(MTT) |
| TOM CHAPMAN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation (Doc. 16) of United States Magistrate Judge Charles H. Weigle. The Magistrate Judge recommends granting the Defendants' Motion to Dismiss (Doc. 5) because the Plaintiff failed to exhaust her administrative remedies as required under 42 U.S.C. § 1997e(a). The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Defendants' Motion to Dismiss is **GRANTED**, and this action is **dismissed**.

**SO ORDERED,** this 17th day of March, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT